PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Troy Weeks                                                         Cr.: 04-00336-001

Name of Sentencing Judicial Officer: THE HONORABLE JOHN W. BISSELL

Date of Original Sentence: 05-09-05

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 37 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                     Date Supervision Commenced: 01-03-06

Assistant U.S. Attorney: Eric H. Jaso                       Defense Attorney: Lorraine Gauli-Rufo, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

       The offender failed to report to the probation officer on January 10 and January 17, 2006. He has not reported to the probation office since January 4, 2006, and he is now viewed as having absconded from supervision.

2     The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

       The offender was instructed by the probation officer to report to our office on January 10, 2006, and he failed to do so. The offender was then instructed to report to the probation office on or before January 17, 2006, and he again failed to report to the probation officer as instructed.

PROB 12C - Page 2
Troy Weeks

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald L. Martenz, Jr.
U.S. Probation Officer
Date: January 18, 2006

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Jan. 30, 2006
_____
Date